MARY MEAGHER, Respondent, *v.* SESRUN SOCIETY, Appellant.

*Meagher* v. *Sesrun Society*, 171 App. Div. 954, affirmed.
(Submitted October 23, 1918; decided November 12, 1918.

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 13, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of the defendant, her employer. The complaint alleged that plaintiff, in the course of her employment, was working on a certain machine known as a mangle used by defendant in its laundry for the purpose of pressing or ironing laundered articles and that through a defect therein the plaintiff's hand was caught and drawn between the rollers causing the injury complained of. The answer was a general denial.

*Lowen E. Ginn* for appellant.

*Raymond Ballantine* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK and HOGAN, JJ. Not sitting: MCLAUGHLIN, J. Absent: CRANE, J.